IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 21 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| JOHNNY F. GODFREY, ) | |
| Plaintiff, ) | Civil Action No. 7:06-cv-00360 |
| ) | |
| v. ) | ORDER |
| ) | |
| DANVILLE CITY JAIL OFFICIALS, ) | |
| et. al., ) | By: Hon. James C. Turk |
| Defendants. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

as follows:

1. The clerk shall change the style of Civil Action No. 7:06-cv-00360 to <u>Godfrey v. Danville City Jail Officials, et al.</u>, in order to avoid confusion between plaintiff's two civil actions;[1]

2. Plaintiff's motions to amend are hereby **GRANTED** and his complaint is hereby supplemented to include the allegations in all of his submissions;

3. Plaintiff's motion for summary judgment, which the court construes as a motion for default judgment, is hereby **DENIED**, as defendants have not yet been served or required to answer the complaint in this case;

4. All plaintiff's claims under 42 U.S.C. § 1983 hereby are **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), for failure to state a claim, **except his claims that the following defendants acted with deliberate indifference to his serious medical needs: Dr. Wang, the Danville City Jail medical director, and an unknown nurse;**

5. Plaintiff's other pending motions and requests for appointment of counsel are hereby **DENIED**; and

7. **Godfrey is hereby advised that after issuance of this opinion, he will be required to list only one case number on each document**

---

[1] Pursuant to the opinion and order issued in Civil Action No. 7:06-cv-00187 on April 28, 2006, **the clerk should remove the following defendants from the docket sheet for 7:06-cv-00360: Washington County and Commonwealth of Virginia.**

that he submits to the court, that any document he submits with two case numbers on it will be returned to him without being docketed, and that the court will consider in each case only those issues that the court has recognized.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 21st day of August, 2006.

/s/ James C. Turk
Senior United States District Judge