CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 26 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHNNY F. GODFREY, ) | |
| Plaintiff, ) | Civil Action No. 7:06-cv-00360 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DANVILLE CITY JAIL OFFICIALS, ) | |
| et al., ) | By: Hon. James C. Turk |
| Defendants. ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the motion to dismiss all claims against the defendant "Danville City Jail Medical Director" (Dkt. No. 25) shall be and hereby is **GRANTED**; the motion to dismiss filed by defendant Dr. Wang (Dkt. No. 28), which the court construes as a motion for summary judgment, is hereby **DENIED** and this defendant is hereby **DIRECTED** to file within twenty (20) days from entry of this order a supplemental motion for summary judgment, supported by affidavit(s);[4] and all claims against the defendant identified only as "Unknown Nurse" are hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state any actionable claim.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 26th day of July, 2007.

/s/ James C. Turk
Senior United States District Judge

---

[4] Pursuant to Rule 83(b) of the Federal Rules of Civil Procedure and the Standing Order of the Court issued May 3, 1996, the court may order defendants in a prisoner civil rights action to file a motion for summary judgment supported by affidavits.