IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHNNY F. GODFREY,<br>    Plaintiff, | Civil Action No. 7:06-cv-00360 |
| v. | **ORDER** |
| DANVILLE CITY JAIL OFFICIALS,<br>et al.,<br>    Defendants. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that the motion for summary judgment (Dkt. No. 46) is **GRANTED**; defendant's motion for costs is **DENIED** as the defendant cites no reason for an award of costs and the court finds none; and this action is stricken from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff and to counsel of record for the defendant.

ENTER: This 17th day of October, 2007.

          /s/ James C. Turk
          Senior United States District Judge